IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY FAIMON, and BECKY FAIMON,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>FARMERS CROP INSURANCE ALLIANCE, and FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,  )<br>)<br>Defendants.  ) | 8:05CV382<br><br><br>ORDER |

The Clerk's Office has requested that Document Number 5 be stricken from the record for the following reason:

- Duplicate document of number 4.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 5 from the record.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge