IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANLEY FAIMON, and BECKY FAIMON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV382 |
| v. | ) ) ) | |
| FARMERS CROP INSURANCE ALLIANCE, and FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

The Clerk's Office has requested that Document Number 5 be stricken from the record for the following reason:

- Duplicate document of number 4.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 5 from the record.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge